**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0411-23

DAVID BERGER and DIMPLE
KABADI-BERGER,

    Plaintiffs-Appellants,

v.

ELITE MANAGING GENERAL
AGENCY, LLC d/b/a ELITE
MGA, ELITE RE, CLEAR BLUE
INSURANCE COMPANY,
CLEAR BLUE SPECIALTY
INSURANCE COMPANY and
GUARDIAN HOME
SERVICES, LLC,

    Defendants-Respondents.

_____

Submitted April 8, 2025 – Decided May 28, 2025

Before Judges Smith, Chase and Vanek.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-1494-23.

Garrity Graham Murphy Garofalo & Flinn, PC, attorneys for appellant (Francis X. Garrity, of counsel,

and Gregory M. Dexter (Newman Ferrara LLP) on the briefs).

Gordon Rees Scully Mansukhani, LLP, attorneys for respondents Clear Blue Insurance Company and Clear Blue Specialty Insurance Company (Elizabeth F. Lorell and Maxine J. Nicholas, on the brief).

Law Offices of Geoffrey D. Mueller, LLC, attorneys for respondent Guardian Home Services, LLC (Peter E. Mueller, of counsel and on the brief).

Denis Yanishevskiy (Inspector Claim Management LLC), attorney for respondents Elite Managing General Agency d/b/a Elite MGA and Elite RE.

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2

A-0411-23